# O'CONNOR, CRAIG, GOULD & EVANS
## AN ASSOCIATION OF ATTORNEY AT LAW
### 2500 TANGLEWILDE
### SUITE 222
### HOUSTON, TEXAS 77063
### (713) 266-3311
### Facsimile: (713) 953-7513

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 4 2015

CHRISTOPHER A. PRINE
CLERK

Michael C.O' Connor
moconnor@oconnorcraig.com

February 2, 2015

Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

     RE:    Case No. 01-15-00067-CV; Residential Credit Solutions v. Burg

Gentlemen:

    Please mail to us a disk of the Clerk's Record in this case. We enclose a check for $1.00 and a self-addressed stamped envelope.

    Very Truly Yours,

    O'CONNOR, CRAIG, GOULD & EVANS

    Michael C. O'Connor

Michael C. O'Connor

FIRST-CLASS MAIL

neopost

02/02/2015

US POSTAGE $00.69⁰

ZIP 77063
041L10235655

Michael C. O'Connor
O'Connor, Craig, Gould & Evans
2500 Tanglewilde, Suite 222
Houston, Texas 77063

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 4 2015

CHRISTOPHER A. PRINE
CLERK

Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066